HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN FLETES VELASQUEZ,

        Petitioner,

     v.

PAM BONDI, *et al.*,

        Respondents.

CASE NO. 2:26-cv-00509-RAJ

ORDER

THIS MATTER comes before the Court on Petitioner's application to proceed *in forma pauperis*, Dkt. # 1.  The Court has reviewed the application and the balance of the record.  The Court finds the Petitioner is unable to pay the filing fee in this case. Accordingly, Petitioner's motion to proceed *in forma pauperis*, Dkt. # 1, is **GRANTED**.

The Clerk is directed to send a copy of this order to Petitioner.

Dated this 23rd day of February, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1